IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   No. 1:19cr57 (LO) |
| | ) |
| KYU WA HONG, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

COMES THIS DAY, after notice to the parties, that Counsel for the Defendant, Lavonda Graham Williams, is required to withdraw from this case and requests new counsel be appointed. Counsel was recently offered and accepted employment that will require her to withdraw from criminal defense practice.

Respectfully submitted,

By Counsel

Law Offices of Lavonda N Graham-Williams, Esq.

_____/s/_____
Lavonda N. Graham- Williams, Esquire
Counsel for the Defendant
1727 King Street, Suite 105
Alexandria, Virginia 22314
(703) 518-4328
(703) 518-4329 fax
lgraham@lngwlaw.com
Virginia Bar No. 45411

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of February 2020, I electronically filed the foregoing Motion to Withdraw with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Carina Cuellar
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office

      2100 Jamieson Avenue
      Alexandria Virginia 22314

                          _____/s/_____
                          Lavonda N. Graham-Williams, Esq.
                          Counsel for the Defendant
                          Law Office of Lavonda Graham-Williams
                          1727 King Street #105
                          Alexandria, Virginia 22314
                          (703) 518-4328
                          Virginia Bar No.  45411