Dear Judge O'Grady

I would like to start off by saying I am ashamed of my actions and the man I became. I am aware I can not take back the mistakes I have made nor am I making excuses but I do feel remorse. Since I have been incarcerated I have been thinking of all the people I've hurt and how selfish I've been. I moved from a foreign country to America at a young age not being able to speak english. I moved around a lot and had a hard time finding friends. I started hanging with people I know I shouldn't have but I will admit that I felt safe and accepted. Soon I started doing things to impress them and fit in. One bad choice lead to another and began my path down the wrong road. I understand that I could've changes for the better at any point but I am ashamed to admit that drugs and money kept me at hold. I started to use drugs daily and my life spirales out of control. Since I've been sober it has been brought to my attention all of the people I have hurt, even my own family. I know my apologies won't take back the damage but I am changing for the better.

I've been attending Church Weekly and reading My Bible daily to be a better Person. I was heading down to My own Self destruction but through GOD I've found hope. I deserve Punishment and can only ask for forgiveness. I plan on Using My incarceration to better Myself and learn Useful traits to earn Money legally to become a Productive Member of Society. I started seeing improvement by taking Programs like anger Management and Path for Peace. I just hope I can have a chance to Make amends to the People I have hurt and live the rest of My life trying to help People around me from Making the Same Mistakes as I have

Sincerely,
Kyu Hong