**[TRANSLATED] Character Reference Letter**
From: Seung Kwon Hong (Father)


Kyu Hwa Hong - he was born in Korea on October 19th, 1993. As soon as he was born, he was placed under treatment in the Intensive Care Unit, due to what is known as Transient tachypnea, then the doctors advised to prepare for his death.  Following my parent's wishes, the priest and a nun arrived from the Catholic Church of Guwol, Incheon, and he was baptized; his Saints' Name was 'Luca.' Then after suffering over a month, the baby began breathing again and brought in a new life.

Within a harmonious family of an architect father, an art instructor mother, and an older brother of 3 years, he grew up in Korea through elementary school. Even as a child, he was stubborn, but he has always had a warm heart. His heart has always been kind, always making and inviting kids who lost their parents and lived with grandparents and the bullied, so that he could share food and his toys.

In the Spring of 2002, our family immigrated to United States. His parents wanted to provide him the best education and opportunity to be the greatest man he can be in this big world. Then in 2004, we relocated to Virginia, where he finished his elementary education with high marks, honor rolls, and continued being a diligent student.

Moving into middle school and continuing to be studious, there was an incident during English class. He got into a fight with another student, who spoke along the lines of 'Go back to your country,' mixed-in with derogatory terms and they were both suspended for 3 days. As soon as he returned, he continued to be bullied by the racist student and others alike, and he began refusing to go to school. After consulting with the advisor, he transferred in high school, but the bullying continued and he resulted in another fight after being spat in the face. After a difficult discussion with his parents, he decided to move away from the bullying to Las Vegas, where his brother lived. There he was able to attain his high school diploma, then moved back to Washington, D.C., where he helped with the shirt press at his parents' dry cleaners and began preparing for college.

However, his unwavering kindness could not reject his friends in the area, who has fallen into hard times. As he believed that offering a helping hand loyalty is a duty of a man, he fell victim to their constant pressure, then after realizing that it was not safe for him even be around his family in Virginia, he moved back to Las Vegas, where his older brother lived and continued his consulting career, looking into any part time job that will take him and his record.  In 2019, his parents completely uprooted to Las Vegas in order to bring normalcy back into the once happy family, and began anew in their new careers at senior daycare centers. Then he was arrested, as he finally started feeling one with his parents and brother under one roof, simply looking for a part time job and college options.

More than anyone, he is regrets the company he has kept and continually repents. Even after several attempts, he repeatedly feels agony due to his kindness, which he now sees as weakness that failed to reject them.

Knowing that his parents are crying and praying for the son that suddenly disappeared to return, he continues to send consoling letters.

후가화. 나는 1992년 10월 19일 한국에서 태어났다. 태어나자마자 일과성신호흡이라는 병명으로 중환자실에서 치료를 받던중 죽음을 준비하라는 의사의 소견으로 천주교인 부모님 뜻에 따라 인천교구 성당 신부님과 수녀님이 오셔서 대세를 받았다. 세례명은 '루카'였다. 세례를 받고 한나절이 고통을 이겨낸 아기는 다시 숨을 쉬기 시작해 새로운 생명을 다시 얻게 되었다.

건축사인 아빠와 미술선생인 엄마와 3살 위인 형이 있는 화목하고 단란한 가족으로 유치원 시절까지 한국에서 보냈다. 나는 어려서부터 고집이 세긴 했지만 늘 따뜻한 심성을 가진 아이였다. 주변에 부모없이 할아버지와 사는 가난한 집 친구나 외톨이 친구들을 집으로 데려와 먹을것을 나눠주고 제 장난감도 나눠주는 그런 따뜻한 성품을 지닌 아이였다.

2002년. 봄. 가족이 미국으로 이민을 오게 되었다. 부모님은 더 넓고 큰 세상에서 좋은 교육을 받아 훌륭한 사람이 되라는 기회를 주신것이다. 2004년 버지니아로 이사. 초등학교를 다니면서 우수한 성적으로 졸업. 우등상까지 받으며 열심히 공부하는 착한학생이었다. 초등학교 졸업후 middle school도 입학. 학교생활을 충실히 하던중 영어수업시간에 문제가 생겼다. 같은반 백인학생이 '너희 나라로 가라 애잡놈' 이라는 인종차별적 발언을 듣게되기 창피함에 그 둘이 싸움이 일어났고 서로 3일씩 정학을 당했다. 다시 마음을 잡고 열심히 학교로 다녀주 계속해서 그 친구들에게 괴롭힘과 따돌림을 당하면서 학교 가기 싫어했고 카운셀러 상담후 다른학교로 옮겼으나 그 곳에서도 괴롭힘이 이어져 어떤 학생이 얼굴에 침을 뱉어 또 싸움이 시작되었다. 부모님과 의논후 형이 있는 Las Vegas 로 옮겨야 괴롭힘에서 벗어날수 있다고 판단. 그곳으로 이주 Irish School 졸업장을 취득. 나는 새로운 마음으로 부모님계신 Washyton DC로 돌아와. 부모님이 운영하는 세탁소에서 Shirts press 일을 하며 열심히 일을 배우고 collage 준비를 했다

그러나, 늘 따뜻하고 착한 심성 탓에 주변에 어려운 곤경에 빠진 친구나 외로운 친구들을 거부하지 못해 도움을 주는것이 사람된 도리, 의리라고 생각하던 그는 학교시절 잠시 알았던 친구들이 찾아와 어려운 부탁을 하며 그를 이용했다. 그들의 회유와 강요로 인해 그는 가족에게 상처를 주고 가족과 있을수 없다는걸 깨닫고 다시 Virgena에 가족들과 있을수 없다던걸 깨닫고 다시 형이 있는 Las Vegas로 떠났다. 회사를 다니는 형과 함께 Part time JOB을 하며 새로운 인생을 준비해 나갔다.

2019년 부모님은 자식들과 예전처럼 평범하고 행복한 가족으로 살기위해 Virgina 비지니스와 집을 정리하고 Las Vegas로 이주.
부모님도 새 직장인 Day Care Center 에서 열심히 직장생활을 하고, 그는 부모님과 형의 사랑으로 안정된 마음으로 part time JOB을 구하는데 노력하며 College 준비도 하던중 경찰에 체포되는 상황이 될것이다.

그는 누구보다 나쁜친구들과의 지난 과거를 후회하고 반성하고 있으며 그들로부터 벗어나기 위해 수없이 고뇌하며 노력했다.
마음이 연약하여 거절못했던 잘못된 판단에 너저리게 후회하며 반성하다.

지금도 갑자기 사라진 아들을 위해 눈물로 지새우며 기도하며 애타게 기다리는 부모님께 반성의 글과 부모님 걱정만을 하는 따뜻한 편지를 보내고 ~~있는 나는~~ 있다.