**[TRANSLATED] Character Reference Letter**
From: Jin Hee Hong (Mother)

On October 19th 1993, God granted the greatest blessing; my dearest second child was born. My son named Kyu Hwa Hong. Surrounded by the fanfare of his grandparents, aunts and uncles, and the rest of the family, a condition called Transient tachypnea took him over from the moment he was born and he could not breathe. He was immediately taken into the ICU. I could not bare to look at the tiny head of my 3kg baby riddled with needles and breathing apparatus through his chest. Although the doctors told us to prepare for the worst, he survived through the unspeakable pain and found life. In the wake of the seemingly impossible advice to be prepared for the death of my child, the priest and nun of the Catholic Church of Guwol in Incheon arrived to baptize him for his passing with his Saints' Name 'Luca.' However, after a month, my dearest son Luca beat all odds, began breathing and was in his mother's arms.

He was brought into this world though so much pain, but he did not show any sign of slowing down. Although he was stubborn, he excelled in sports and arts, and loved riding his bicycle. Having a youth art instructor as a mother, he entered in many art contests and won many trophies through his kindergarten years. He was always warm and generous, ensuring to assist anyone in need. Ever since he was a child, he always brought home and shared food with less affluent friends, such as one who lived above his grandparents' small restaurant after losing their parents, then he gave him a toy on his way out. After his kindergarten years, he immigrated with his family. In order to achieve his dreams on this land of opportunity with better education, he arrived in Easton, MD, to attend elementary school. He was a diligent student and although he felt a stranger, he made many friends and spent a happy childhood. As he was athletic, he played in the YMCA soccer team and showed much promise. Of course, even then, he ensured to coach and patiently practiced with friends who wanted his help. Then he relocated to Virginia, as he became a teenage boy. And one day, he began being harassed with racially charged insults from a white classmate in English for having a strange accent. The well-known sayings of "Go back to your country" and "low-class bum" triggered a fight with this boy, which resulted in a three day suspension for both. He continued to be bullied by this white kid and his friends, he began refusing to go to school. And although he was going through this existential crisis, he continued with his SAT Prep Schools and high grades in school.

However, friends that stayed around began having troubles and as he never could neglect those in need, he could not possibly say no to his friends, running from the law after their own parents gave up on them, and even those who he did not know very well, if they had no where else to go.  He couldn't even say no to this friend who tagged along everywhere, as far as his SAT Prep courses. However, as he later realized that hiding those from the law is not the right thing to do, he moved far away to be with his brother in Las Vegas. After proudly placing his well-earned high school diploma in our arms, he began helping with the shirt press at his parents' dry cleaners. But his friends who remained in the area saw him living in a normal but happy family, and began visiting more and more and asked for help. With his kind heart and holding loyalty as the utmost value, he was repeatedly asked to do what he knew was not right. Not being able to neglect them, he tried to help them in little ways he can. He saw first hand that living a normal life does not come easy. His parents decided to move to Las Vegas to be with his brother after businesses closed and their house gone, they wanted to return to the happy times as when they first arrived. Although it was a foreign state, parents began their new jobs and he was happy to be with his family, inquiring about part-time jobs…

More than anything, he knows that his mother, father, and brother love him, have faith in him, and are waiting eagerly. He is pounding his chest, regretting his past. He is resentful and wants to come back to his family anew. He has the heart big and warm enough to help the needy, because he was baptized to be reborn. Everyone knew him to be the kind child on the first row, who would kneel and pray next to his mother.

1993년 10월 19일. 하나님께서 크나큰 선물을 주셨다. 나의 소중한 둘째아기가 태어났다. 아들이었다. 이름은 동석이. 착하디 착하신 외 할머니, 할머니, 외 삼촌들, 모든 가족들이 축복속에 태어난 아기는 태어나자마자 '일과성 빈호흡'이라는 병명으로 숨을 달두가 있었다. 풀바고 중앙사살로 이송. 2.0 kg의 작은 아기의 어려우도 여러개의 주사바늘이 꽃히고 가슴엔 호흡장치 산소로 자가 호흡 없었다. 의사 선생님은 마음의 준비를 하라했으나 그 작은 아기는 그 고통을 참고 이겨내어 생명을 유지하고 있었다. 죽음을 목전에두고 정신 빠져 같은 상태에 인천시 제물포 목사님께서 소녀님과 함께 중환자실로 오셔서 세례를 주셨다. 세례명 '축가'. 그러나, 나의 착한아가, 축가는 그 많은 고통을 이겨내고 호흡하기시작한 한달만에 살아서 엄마품에 안겼다.
그렇게 태어나자마자 아픔을 이겨낸 그 아이는 씩씩하게 자라났다. 고집이 세긴 했지만 운동도 잘하고, 기도도 잘하고, 자전거도 잘탔다. 가족 선생님 엄마와 함께 대한도 잘가, 상도 여러번 타여 행복한 유치원 시절을 한국에서 보냈다.
그의 효성은 착하고 다정하여 엄마나 주변의 불쌍한 친구나 이웃들을 도와 애썼다. 그가 어려서부터 집으로 데려와 놀던 친구들은 부모가 없이 할머니 손에 자라 있어가지나 사는 친구나 가난한 집 아이들을 데려와 집에서 맛있는 음식을 내어주고, 놀다가 돌아갈땐 제 장난감도 주었다. 그렇게 유치원시절을 보내고 2002년 가족과함께 미국으로 오게되었다. 더넓고 큰 세상에서 교육받을 기회를 많은 이루기위해서. 처음 오셨지, 메리랜드, Easton 초등학교로 다니게 되었고, 그곳에서도 언행이 공정하여 낯선아이친구들과도 잘 어울리며 즐겁고 행복한 시절을 보냈다. 운동도 잘하여 동네 YMCA 축구팀에 공격수까지하여 재능도 보였다. 물론, 그 안에서도 낮은 동정은 착한 심성으로 축구를 위하는 친구를 진심히 가르쳤다. 그리고 Virgina로 이사를 했다.
Teenage Boy가 되었다. 어느날 학교에서 백인 친구에게서 인종차별 발언을 들었다. 영어시간. 발음이 이상하다며 "니 나라로 가라고 '거치새끼'라는 말." 그 아이야 사소해 들다 3일씩 정학 계속 타면서 계속해서 과중하는 백인친구들로 해서 학교 가기 싫어했고. 청체성의 혼란과 괴롭힘으로 힘들어 했지만 SAT 시험에도 열심히 나여 우수한 성적을 유지 했다.

그러나. 또 주변에 불성실한 친구 여러명에 의한 진각로
외면하지 못하는 착한 심성으로 인해 경찰에 쫓기는
부모도 포기하고 버린 친구의 친구, 친하지도 않은 친구가
오갈데 없이 불쌍한 친구라 생각하며 집으로 찾아와 이를
쫓아내지 못하고 SOS 으로도 따라다니는 아이를 내치지 못했다.
그러나. 나쁜맘을 한 친구를 돌겨주고 보살펴주는게 잘못된
판단이것을 뒤늦게 깨닫고. 다시 열심히 공부에 전념하기위해
주변이 나쁜 친구들을 떠나 멀리 형이 있는 Las vegas로 떠났다.
형과 함께 열심히 공부해 무사히 high school 졸업장을
부모님께 안겨드렸다. 그리고 다시 Vergina로 돌아와
아버지 세탁소에서 shirts press를 하며 일을 배워나갔다.
그러나. 예전에 알던 친구들은 평범하고 행복한 가족안에서
열심히 아빠 일을 돕고 사는 그에게 계속해서 찾아와 부탁을 하고
불러내어라. 거절못하는 그의 심성은, 우리를 중요한 가지로
여기며 사는 그에게 옳지 않은 일들을 부탁했다.
그것가 친구들을 외면하지 못한째 작은 부탁들을 들어줌 자란
그곳에서 자신이 새로운 인생을 시작하는일이 쉽지 않다 판단.
부모님과 함께 형이 있는 Las vegas로 떠나기도 결정.
부모님도 Vergina에 Business를 접고, 집도 처분해
가족끼리 다시 처음 아이 생활 행복했던 그 시절로 돌아가
새로운 삶을 살아가기로 결정. 지난해 이사를 했다.
낯선 새로운 state에서 부모님도 새로운 JOB을 구했고
그 애도 여러 part time JOB을 갖게 행복한 가정안에 있답니다.

그러나. 그도 알고있다. 세상에서 가장 사랑하는 가족.
엄마, 아빠. 형이 그를 얼마나 깊이 사랑하고, 믿으며
기다리고 있다는것을. 그는 지금 가슴을 치며 후회하고 반성한다.
그는 지금 엄하게 훈육하며, 반성하며 새로운 인생으로 가족에게 돌아가고싶어한다.
예나하면. 그는 누구보다 사랑이 많은. 주변에 불성한 이웃은, 친구를
외면하지 못하는 착한 심성을 지닌게때문이다.
저음 EMMA 손 쥬께 대해를 받은 뛰면 새로이 태어난 사람이게때문에
그리고, 또 엄마아빠곁에 섬장맨 얼주에 있어 후회중고 기도드렸다
지하고 따뜻한 사랑엄겁을 주변 모두가 알고 있기때문이다.