Cory Harrison

December 20th, 2020

RE: Alex Hong

To Whom It May Concern,

I have known Alex Hong for the past 14 years, we first met in 2006, while in school. I met him through his brother and my best friend, Brian Hong. I spent a great deal of time with Alex and his family over the years, from traditional home cooked Korean meals to family outings, including to the huge Korean spa complex in Centreville, Virginia, where we spent hours going to different saunas and eating too much food in the restaurant. We have fond memories together and I look forward to making many more in the future.

Alex has always been a very sweet, empathetic, generous, and bright young man. I noticed this right away when I first met him, he was in middle school at the time. His parents have instilled strong morals and values in him. He cares deeply for his family and treats his friends as if they were his own family. Anyone would be lucky to call him a friend.

I'm a huge advocate for mental health and I believe the prosecution system can sometimes hurt and not help people, at times we don't know one's internal struggle. If Alex is given the proper attention and a fresh start, I truly believe he can turn his life around and thrive.

Please feel free to contact me for any further information, questions or concerns.

Sincerely,

Cory Harrison
Project Manager, Fernando Santangelo Inc.