April 26, 2020

Garrett Williams

████████████

RE: Alex Hong

To Whom It May Concern,

I am writing to you on behalf of Alex Hong, whom I have known for about 8 years now. He is the younger brother of one of my best friends, Brian Hong. In the time I have known him he himself has become a very good friend of mine as well. In that time he has been a great friend to me and has always strived to be as respectable as possible.

Alex is a man of few words as you are likely to find, however I do believe he is a great role model to his fellow peers, not necessarily by words but by the caring deeds he carries out on a daily basis. He is always the first person to help a friend in need and lift someone up when they are down.

If there is anybody who deserves a second chance with regard to legal issues it would be Alex, and if you take the time to get to know him during his court proceeding I think you might agree as well.

In closing, thank you for your attention to this letter and I am available should you have any questions or concerns for me.

Respectfully,

Garrett Williams