Jeffrey P. Caesar
Letter of Character
For Alex Kyu Hong

City of Alexandria Judiciary System:

    Thank you for your consideration of this letter of character reference for Alex Kyu Hong. My name is Jeffrey P. Caesar, I am a community organizer and Campaign Director. I deal with high volumes of people and employees in very high stress environments. One of my many skill sets is that of understanding people for who they are at their core. In my career, I have worked at the United States Senate, the Office of the Governor of Virginia and the Virginia General Assembly. I have worked intimately with some of the most powerful women and men in our country as well as worked *for* some of the most vulnerable people in our society. The folks that I have learned from, mentored, befriended, and gown with people of all walks of life: Of these people Alex Hong is one of the greatest and most exceptional people I have ever met.

    I have known Alex since he was a child. Best friends with his older brother, Alex grew up alongside me like my own little brother. I love him dearly. He stems from a wonderful family of hard working new Americans from Korea; who came to this country pursuant of the a better life, the *American dream*. They owned an honest and profitable Dry Cleaning family business. The go to church, participate as pillars in their community, and uplift others. Their duty to society has always been the forefront of the Hong family values. This structure of community and family duties, loyalty and love are expressly reflected in the character of Alex.

    His intelligence, kindness, and depth of care of others are some of his most striking qualities. From a young age, Alex was one of the most intelligent kids in the class. A chubby penguin boy and delightfully spunky kid, he was always working to care for and make those around him laugh with his wit and charm. But despite this, he faced many challenges in middle and high school being the subject to much bullying from peers. His intelligence blossomed but the academic environment further restricted his ability to engage as he was placed in remedial courses but should have been advanced honors and AP courses. The lack of appropriate stimulation and bullying caused Alex to withdraw himself from such environment. However, in this personal growth he never lost himself and always maintained true to his core being. Nevertheless, Alex persisted.

    Mr. Hong's expression of love for his family and friends goes far beyond the immediate well-being, but he looks deeper to understand how he can be of service all around. His loyalty, will power, warmth, and genuine nature are characteristics that are infectious and as I grew with Alex, I learned to embody these qualities at a deeper level because of the examples that he sets.

    In a society as divided as ours is today, Mr. Hong's timely release will be a great value to the community. This will also continue to allow him to grow as a person, and achieve his highest good and potential. The fabric of society needs good people, and Alex is one of those people. His grace will continue to uplift everyone he meets.

Sincerely,

Jeffrey P. Caesar
██████