June Juyeon Park



November 24, 2020

Re: Kyu Hwa Hong

To Whom It May Concern:

It has been thirteen years as of earlier this year since I have known Kyu Hong as a dear friend. I was both troubled and stunned to hear of his recent case as he has always been a dependable confidant, a compassionate son to his family, and a reliable member among my peers. For these reasons, I am happy to write a letter of reference for Mr. Hong in relation to this case. I understand the seriousness of the situation, however, I hope the court will consider some leniency on this matter.

Kyu Hong and I had first met at a college prep school over the summer prior to entering the eighth grade. Some folks may argue that we were perhaps too young at the time to start thinking about SATs, but diligence and hard work were important principles our families constantly shared. For the many years I have known Mr. Hong, he has been one of the most accountable individuals I have ever met. He was always on the search to help those around him and continuously willing to stick up for his loved ones. He persistently dreamed of a better day where he would build enough security for his parents to retire and he could ensure his friends are able to pursue bigger visions. There was not a shred of doubt in his strong conviction to protect and care for those around him. I truly learned a lot from him over the years. Especially on recognizing sacrifices our parents made for us and how we need to step up to look after them soon enough.

While it is unfortunate and startling to hear that he has made some bad decisions in the past, characteristically, Mr. Hong is extremely remorseful for his behavior and ready to accept responsibility for his actions. I firmly believe that going forward, he will emerge from his transgressions as a better person who will serve as an honorable member of the community.

It is my sincerest hope the court takes this letter into consideration and reflect on this individual's accountability, selflessness, and determination to be a good human being. I thank you for your time on this matter and hope this document delivers helpful information.

Sincerely,

June Juyeon Park