Simon Ngo
Director of Sales
Pyramid Hotel Group


18 October 2020

To Whom it May Concern,

I am writing on the behalf of Kyu Hong.

I have had the honor of being a friend of Kyu Hong for 5 years. In the time that I have known Kyu, he has always been a respectful and caring friend to me. Not only has he showed care and respect towards me, but I have observed that he is a well-rounded and respectful young man towards anybody around him.

Kyu and his brother, Inn Hong has always treated me nothing less than family. Kyu is accommodating and a very selfless gentleman any time that I visited from out of town. Kyu is a family man that deserves another chance. He is hardworking and dependable for his family on many levels. I truly wish I would have the chance to return the same kindness he has treated me.

Sincerely,

Simon Ngo