October 22nd, 2020

Simon Sigier


To whom it may concern,

My name is Simon Sigier, and I am writing in regard to Mr. Kyu Hong, who I have met through his brother, Brian Hong. I first met Kyu 3 years ago, but we did not spend much time until Brian's motorcycle accident 2 years ago.

While most family and friends may visit Brian at the hospital once or twice, Kyu was by his brother with a severe concussion everyday, even when Brian was talking in loop and did not remember much. Although he did not express it verbally, Kyu's concern for his brother's health was grave. While looking for work and working any jobs that he can find, he made sure that his brother was never alone. Kyu made sure that his favorite dishes were there, so Brian can enjoy a good meal, as he often slept through hospital meal times.

I was able to get to know him while spending time at the hospital. Since he showed interest in trade schools for mechanics, I was able to offer small jobs around the garage, so he can see for himself. Whether the job was cleaning tires or unloading trucks, he showed full appreciation and I did not have to worry if it would get done. In the racing world, each team member must work precisely and efficiently. No matter Kyu's role, he earned our trust with his diligence and hard work. I had not heard of Kyu's past until recently and it did take me by surprise, as I found him to be diligent and hard-working, as well as being a genuine pleasure to be around.

Sincerely,

Simon Sigier
Team Premat
Co-Owner & Team Manager