## Mr. Kyu Wa Hong Compared to Co-Conspirator Sentences

| | PSR Offense Level | Criminal Hist Category | Guidelines Range | Government Requested Range | Sentence | Percent Reduction | Count 1 | Count 2 | Count 3 |
|---|---|---|---|---|---|---|---|---|---|
| **Hong, Kyu** | 35 | III | 210-262 | 240 | | | Conspiracy to Possess >1000 Marijuana Plants | | |
| **Le, Angel** | 25 | I | 57-71 | 57-71 | 42 | 26.3% | Maintain Premises for Storing Controlled Substances | | |
| **Sonesamay, Tyler** | 29 | I | 87 - 108 | 120 | 120 | 0.0% | Conspiracy to Distribute Controlled Substances | | |
| **Pak, Spencer** | 23 | I | 60 + 60 | 120 | 120 | 0.0% | Conspiracy to Distribute Controlled Substances >500g Cocaine | Distribution of Controlled Substances | 924(c) |
| **Chowdhury, Tasneef** | 30 | III | 121 - 151 | 121 | 121 | 0.0% | Conspiracy to Possess >1000 Marijuana Plants | | |
| **Park, Soung** | 31 | I | 120 - 135 | 135* (requested enhancements not be applied otherwise 360 to life) | 132 | 62.5% | Conspiracy to Distribute Controlled Substances | | |
| **Le, Tyler Thang** | 33 | I | 135 - 168 | 168 | 135 | 0.0% | Conspiracy to Possess >1000 Marijuana Plants | | |
| **Nguyen, David** | 36 | III | | 235 to 293 less credit for state sentence | 171 (with credit) | 27.2% | Conspiracy to Distribute Controlled Substances | | |
| **Aagesen, Kevin** | 41 | III | 360-Life | 240 -In Memo 188 -In Plea Agreement | 188 -120 & 188 Concurrent | 47.8% | Conspiracy to Possess >1000 Marijuana Plants | Conspiracy to Commit Kidnapping in Aid of Racketeering | |
| **Sayf, Abdullah** | 40 | II | 120+60 | 180 | 180 | 0.0% | Conspiracy to Commit Kidnapping in Aid of Racketeering | 924(c) | |
| **Abdulkadir, Fahad** | 43 | II | Life | 192 | 192: 120+12+60 | 59.1% | Conspiracy to Commit Kidnapping in Aid of Racketeering | Conspiracy to Dist 50kg or less of marijuana | 924(c) |



= Reduction > than 25%. Park reduction calculated based on Government assertion guidelines should be 360 - Life. Life sentence calculated as 470 months, *see* Life Sentences in the Federal System, 2015, USSC

= Conspiracy to Commit Kidnapping in Aid of Racketeering

= Conspiracy to Possess >1000 Marijuana Plants